# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2019

SEAN F. McAVOY, CLERK

PHILLIP DENNIS REDMOND, II,

*Plaintiff*

v.

GRACE BIRRENKOTT, C.D.P., in her individual and official capacity; VAN JOHNSON, Sargent, in his individual and official capacity; and DONNA BYRNES, C53, in her individual and official capacity,

*Defendant*

Civil Action No. 2:18-CV-00124-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment on Qualified Immunity is (ECF No. 33) GRANTED. Judgment is entered in favor of Defendants on all of Plaintiff's claims in his First Amended Complaint (ECF No. 12).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a Motion for Summary Judgment on Qualified Immunity (ECF No. 33).

Date: August 20, 2019

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb